**DENIED**
BY ORDER OF THE COURT
Dated: 6/22/2021

*Mark C. Scarsi*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>TAKAO CORPORATION, a California Corporation; and Does 1-10,<br><br>    Defendant. | **Case No.** 2:21-CV-01371-MCS-E<br><br>[PROPOSED] ORDER TO EXTEND DATE FOR FILING DOCUMENTS TO REOPEN THE ACTION |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the parties' request. The deadline to file a request to reopen the action shall be extended up to and including to July 15, 2021.

**IT IS SO ORDERED.**

**DENIED**
BY ORDER OF THE COURT

Dated: _____     _____
HONORABLE MARK C. SCARSI
United States District Judge